# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1335

_____

Charles Pointer,                   *
                                    *

        Appellant,           *
                                    *    Appeal from the United States

v.                          *    District Court for the
                                    *    Eastern District of Missouri.

Parents for Fair Share,      *
                                    *       [UNPUBLISHED]

        Appellee.            *

_____

Submitted: April 3, 2002
Filed: April 8, 2002

_____

Before LOKEN, BEAM, and RILEY, Circuit Judges.

_____

PER CURIAM.

Charles Pointer appeals from the district court's[1] preservice dismissal of his complaint. Upon de novo review, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we summarily affirm, see 8th Cir. R. 47A(a).

---

[1]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.